

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-21-00443-CV

**IN THE INTEREST OF J.J.H.**, a Child

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01604
Honorable Susan D. Reed, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed: December 22, 2021

DISMISSED FOR WANT OF JURISDICTION

On October 15, 2021, appellant, a minor, filed a notice of appeal, stating his intent to appeal the trial court's "order denying the motion to remove child from present custody" signed on October 6, 2021. The clerk's record was filed on October 26, 2021 and it did not contain a final order. On November 5, 2021, this court issued an order requiring appellant to show cause why the appeal should not be dismissed for lack of jurisdiction because the trial court had not entered a final, appealable order.

On November 12, 2021, the trial court clerk filed a supplemental clerk's record, which contains an "Order on Hearing for Change of Placement" signed by the trial court on October 27, 2021. Because no appealable order had been entered in the underlying case, this court ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction.

Appellant did not file a response showing that we have jurisdiction over this appeal. Therefore, appellant has not provided us, nor have we found, any statutory basis for our jurisdiction to consider his interlocutory appeal. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a) (listing interlocutory orders from which interlocutory appeal may be taken); *Jack B. Anglin Co. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (holding that Texas appellate courts only have appellate jurisdiction over appeals from final orders or judgments, unless statute permits appeal from interlocutory order). Accordingly, this appeal is dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

PER CURIAM